**Order entered December 16, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01360-CV

**HIGH REV POWER, L.L.C., Appellant**

**V.**

**MASSIMO MOTOR SPORTS, LLC, ET AL., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-07411-D**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

We **REINSTATE** this appeal.

In an order dated October 15, 2015, the Court abated this appeal to allow the trial court to conduct a hearing to determine whether appellant's motion for new trial was filed. The Court has reviewed the trial court's findings of fact and has determined that the issue will be deferred to the submissions panel.

We **ORDER** appellant to file, by **JANUARY 11, 2016**, a supplemental brief addressing the filing of its motion for new trial. Appellees' brief will be due **THIRTY DAYS** after appellant's supplemental brief is filed. Appellees shall also address this issue in their brief.

/s/    ELIZABETH LANG-MIERS
        JUSTICE